UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  11-22181-CIV-MARTINEZ-MCALILEY

FANNY BAEZ,

      Plaintiff,

vs.

JACOB LAW GROUP, PLLC,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With

Prejudice (D.E. No. 6).  It is:

      **ADJUDGED** that this action is DISMISSED with prejudice.  It is also:

      **ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case

is CLOSED.

      DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of July, 2011.

                        _____

                        JOSE E. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record